1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Jahmy S. Graham, Bar No. 300880
jahmy.graham@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Non-Party As *Amicus Curiae*,
CALIFORNIA STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>XAVIER BECERRA, *et al.,*<br><br>                    Defendants. | Case No. 8:19-CV-02105 DOC (ADS)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *AMICUS* BRIEF ON BEHALF OF CALIFORNIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:      December 9, 2019<br>Time:     8:30 a.m.<br>Place:     Courtroom 9D |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

1  **TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** on December 9, 2019, or as soon

3  thereafter as the matter may be heard, in Courtroom 9D, United States District

4  Court, 411 West Fourth Street, Santa Ana, California, the California State

5  Conference of the National Association for the Advancement of Colored People

6  ("California NAACP") will and hereby does move the Court for leave to file an

7  *amicus* brief in support of Plaintiffs' Motion for Preliminary Injunction.  The

8  amicus brief is attached hereto as **Exhibit A.**  This Motion is made on grounds that

9  this Court has inherent authority to allow participation of *amicus curiae,* and

10  participation by California NAACP will be helpful and desirable, because it will

11  facilitate a more complete understanding of the issues before the Court.

12

13  Dated:  November 15, 2019                                    MORGAN, LEWIS & BOCKIUS LLP
                                                                                David L. Schrader
14                                                                             Jahmy S. Graham

15

16                                                                     By   /s/ David L. Schrader
                                                                                David L. Schrader
17                                                                             Attorneys for Non-Party As *Amicus*
                                                                                *Curiae* CALIFORNIA STATE
18                                                                             CONFERENCE OF THE
                                                                                NATIONAL ASSOCIATION FOR
19                                                                             THE ADVANCEMENT OF
                                                                                COLORED PEOPLE
20

21

22            ]

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE AMICUS BRIEF
8:19-CV-02105

## MEMORANDUM OF POINTS AND AUTHORITIES

"District courts frequently welcome *amicus* briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Safari Club Intern. v. Harris*, No. 2:14-cv-01856-GEB-AC, 2015 WL 1255491, at *1 (E.D. Cal. Jan. 14, 2015); *accord Missouri v. Harris*, No. 2:14-cv-00341-KJMKJN, 2014 WL 2987284, at *2 (E.D. Cal. Jul. 1, 2014) ("An *amicus* brief should normally be allowed when, among other considerations, the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.") (internal citation omitted).

The issues before this Court on the pending Motion for Preliminary Injunction have wide ramifications, and the perspective of the California NAACP on these issues should properly be considered by the Court.  Specifically, the California NAACP is interested in the matter before this Court because the proposed law being challenged in this lawsuit (California Assembly Bill 290 ("AB 290")), if enacted, will disproportionately impact the minority citizens in California who need and receive kidney dialysis treatment.  As part of the pending motion for preliminary injunction, the Court is being asked to consider whether AB 290 will cause immediate, irreparable harm and whether the equities and public interest favor an injunction.  The California NAACP respectfully requests that it be permitted to file the attached *amicus* brief so that the voices of those who will be hurt most by this proposed law may be heard and considered by the Court.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE AMICUS BRIEF
8:19-CV-02105

| | |
|---|---|
| 1 | Dated:  November 15, 2019 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader
Jahmy S. Graham


By  /s/ David L. Schrader
    David L. Schrader
    Attorneys for Non-Party As *Amicus*
    *Curiae* CALIFORNIA STATE
    CONFERENCE OF THE
    NATIONAL ASSOCIATION FOR
    THE ADVANCEMENT OF
    COLORED PEOPLE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE AMICUS BRIEF
8:19-CV-02105