1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>             Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, *et al.*,<br><br>             Defendants. | Case No. 8:19-CV-02105 DOC (ADS)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS* BRIEF ON BEHALF OF CALIFORNIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    December 9, 2019<br>Time:   8:30 a.m.<br>Place:   Courtroom 9D |

1   Upon consideration of the Motion for Leave to File *Amicus* Brief ("Motion")
2   of the California State Conference of the National Association for the Advancement
3   of Colored People ("California NAACP") the Court hereby GRANTS the Motion
4   and ORDERS that the A*micus* brief attached to the as Exhibit A to the Motion is
5   deemed filed.
6       IT IS SO ORDERED.

8   Dated: _____, 2019

10                                          HONORABLE DAVID O. CARTER
11                                          UNITED STATES DISTRICT COURT