IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **JANE DOE; STEPHEN ALBRIGHT; AMERICAN KIDNEY FUND, INC.; and DIALYSIS PATIENT CITIZENS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his Official Capacity as Attorney General of California; RICARDO LARA in his Official Capacity as California Insurance Commissioner; SHELLY ROUILLARD in her official Capacity as Director of the California Department of Managed Health Care; and SONIA ANGELL, in her Official Capacity as Director of the California Department of Public Health,**<br><br>Defendants. | Case. No. 8:19-cv-2105-DOC-(ADSx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE SUSPENSION OF CASE SCHEDULE AND SET AUGUST 10, 2020, DEADLINE FOR FILING JOINT STATUS REPORT** |

1

Order Granting Stipulated Request to Suspend Case Schedule and Set August 10, 2020, Deadline for Filing Joint Status Report (8:19-CV-2105)

Based on the stipulation of the parties, and for good cause appearing, it is hereby ordered that all remaining discovery deadlines, including for the exchange of rebuttal expert reports, the deadlines for the filing and hearing of summary judgment motions, and the dates for the pretrial conference and trial, are suspended. Barring continued worsening of the pandemic or additional unforeseen circumstances, on or before August 10, 2020, the parties will file a joint report proposing a revised schedule for the remaining weeks of the discovery period, summary judgment briefing and hearing, and pre-trial and trial dates.

Dated: July 10. 2020

_____
The Honorable David O. Carter
United State District Judge