DAVID W. OGDEN (*pro hac vice*)
David.Ogden@wilmerhale.com
KELLY P. DUNBAR (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:   (202) 663-6440
Facsimile:   (202) 663-6363
*Attorneys for Plaintiff* **DaVita Inc.**

GLENN D. DASSOFF (SBN 96809)
gdassoff@orrick.com
KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK HERRINGTON &
   SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:   (949) 567-6700
Facsimile:   (949) 567-6710
*Attorneys for Plaintiffs* **Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America**

STUART S. KURLANDER (*pro hac vice*)
Stuart.Kurlander@lw.com
ABID R. QURESHI (*pro hac vice*)
Abid.Qureshi@lw.com
MICHAEL E. BERN (*pro hac vice*)
Michael.Bern@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:   (202) 637-2200
Facsimile:   (202) 637-2201
*Attorneys for Plaintiff* **U.S. Renal Care, Inc.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>            *Plaintiffs*.<br><br>      v.<br><br>ROB BONTA, in his official capacity as Attorney General; *et al.*,<br><br>            *Defendants*. | No. 8:19-cv-02105 DOC (ADSx)<br><br>**STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING, PRETRIAL DEADLINES, AND TRIAL DATE**<br><br>Judge David O. Carter<br><br>Date:         n/a<br>Time:         n/a<br>Trial Date:   August 30, 2022 |

Plaintiffs Jane Doe; Stephen Albright; American Kidney Fund, Inc., Dialysis Patient Citizens, Inc., Fresenius Medical Care Orange County, LLC; DaVita Inc.; Fresenius Medical Care Holdings, Inc., doing business as Fresenius Medical Care North America; and U.S. Renal Care, Inc. (collectively, "Plaintiffs"), and Defendants Rob Bonta, in his Official Capacity as Attorney General of California; Ricardo Lara, in his Official Capacity as the Director of the California Department of Insurance; Mary Watanabe, in her Official Capacity as Director of the California Department of Managed Health Care; and Tomás J. Aragón, in his official capacity as Acting Director of the California Department of Public Health (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on February 25, 2022, the parties filed cross motions for summary judgment (ECF Nos. 128, 132; *see also Fresenius* docket, Case No. 8:19-cv-2130, ECF Nos. 152, 153), which were originally scheduled to be heard on May 2, 2022;

WHEREAS, on April 20, 2022, the parties filed a Stipulation to Continue Pretrial Deadlines and Trial Date (ECF No. 173) (the "April 20 Stipulation"), in which the parties agreed to vacate the trial date and all pending pretrial deadlines pending resolution of the cross motions for summary judgment;

WHEREAS, the Court granted the April 20 Stipulation on April 22, 2022;

WHEREAS, the Court re-set the trial date for August 30, 2022, but acknowledged at an April 26, 2022 Status Conference that the new trial date was a "placeholder date" that could be adjusted were the case not resolved on summary judgment;

WHEREAS, on April 28, 2022, the Court continued the hearing on the cross motions for summary judgment to June 9, 2022 (ECF No. 182);

WHEREAS, on June 7, 2022, the Court further continued the hearing on the cross motions for summary judgment to July 25, 2022, directing the parties to

1  submit "new scheduling dates as necessary" by June 15, 2022 (ECF No. 186);

2      WHEREAS, Defendants' counsel, S. Clinton Woods, who will be presenting
3  argument at the hearings on the cross motions for summary judgment, is
4  unavailable on July 25, 2022, due to a pre-planned vacation;

5      WHEREAS, Plaintiffs' counsel are available to proceed with the hearing on
6  July 25, 2022, but do not oppose Defendants' request to reschedule the hearing to
7  accommodate the schedule of Defendants' counsel;

8      WHEREAS, counsel for all parties have conferred and propose that the
9  Court vacate and reschedule the July 25, 2022 hearing for one of the following
10 alternative hearing dates, when counsel for all parties will be available: September
11 6, 2022; September 7, 2022; September 8, 2022, September 27, 2022, September
12 28, 2022, September 29, 2022, or September 30, 2022;

13     WHEREAS, if the Court cannot reschedule the hearing for one of the
14 alternative hearing dates, counsel for all parties request a status conference to
15 discuss an appropriate date to reschedule the hearing;

16     WHEREAS, the parties are aware of and sensitive to the fact that the Court
17 is faced with a significant backlog of trials due to the COVID-19 pandemic, which
18 could in any event necessitate a continuance of the current August 30, 2022 trial
19 date in these cases;

20     WHEREAS, the parties have met and conferred and agree that it would
21 promote both party and judicial efficiency to continue the current placeholder trial
22 date of August 30, 2022 now, given the likelihood that it will need to be continued
23 later to permit time for resolution of the summary judgment motions, and given the
24 Court and the parties' schedules;

25     WHEREAS, the parties have met and conferred, and continue to agree that,
26 in light of the challenges associated with identifying a trial date that is convenient
27 for all parties and their counsel, it would be in the interest of both judicial and
28 party efficiency to defer the scheduling of pretrial deadlines until after the cross

1  motions for summary judgment have been resolved, at which time the parties will
2  know which, if any, claims and factual issues remain for trial and require the
3  parties' pretrial preparation;
4        WHEREAS, the parties accordingly agree that, consistent with the Court's
5  order granting the April 20 Stipulation, good cause exists to continue all pretrial
6  deadlines and the August 30, 2022 trial date, pending a resolution of the pending
7  cross motions for summary judgment.  If the Court would instead prefer to set a
8  new placeholder trial date, the parties respectfully suggest that the Court select
9  February 21, 2023.  The parties submit that date will likely allow the Court to
10 decide the cross motions for summary judgment and will avoid burdening the
11 parties or the Court with trial preparation over issues of law or fact that may be
12 resolved on summary judgment.
13       NOW, THEREFORE, Plaintiffs and Defendants, by and through their
14 attorneys of record, stipulate as follows:
15       1.  The hearing on the pending cross motions for summary judgment shall be
16 rescheduled to one of the following dates: September 6, 2022; September 7, 2022;
17 September 8, 2022, September 27, 2022, September 28, 2022, September 29, 2022,
18 or September 30, 2022.
19       2. The trial date and all pretrial deadlines shall be vacated pending resolution
20 of the pending cross motions for summary judgment.  Within fourteen (14) days of
21 the Court's order resolving the pending cross motions for summary judgment, the
22 parties shall submit to the Court a joint report containing the parties' collective
23 and/or respective positions on a pretrial schedule for any remaining claims, and
24 any other remaining deadlines consistent with the Court's rulings on the motions
25 for summary judgment.  In the alternative, the parties agree that the Court should
26 continue the trial date to February 21, 2023, and set a Final Pretrial Conference for
27 February 13, 2023, with the mutual understanding among all parties and the Court
28 that these dates are placeholders pending further consideration after resolution of

the cross motions for summary judgment.

| | |
|---|---|
| Dated:    June 15, 2022 | Respectfully submitted, |
| /s/ Glenn D. Dassoff | /s/ Kelly P. Dunbar |
| GLENN D. DASSOFF (SBN 96809) | DAVID W. OGDEN (*pro hac vice*) |
| gdassoff@orrick.com | David.Ogden@wilmerhale.com |
| KRISTOPHER R. WOOD (SBN 284727) | KELLY P. DUNBAR (*pro hac vice*) |
| kristopher.wood@orrick.com | Kelly.Dunbar@wilmerhale.com |
| ORRICK HERRINGTON &   SUTCLIFFE LLP | ARI HOLTZBLATT (*pro hac vice*) |
| 2050 Main Street, Suite 1100 | Ari.Holtzblatt@wilmerhale.com |
| Irvine, CA 92614 | WILMER CUTLER PICKERING   HALE AND DORR LLP |
| Telephone:   (949) 567-6700 | 1875 Pennsylvania Avenue NW |
| Facsimile:   (949) 567-6710 | Washington, DC 20006 |
| | Telephone:   (202) 663-6440 |
| ERIC A. SHUMSKY (SBN 206164) | Facsimile:   (202) 663-6363 |
| eshumsky@orrick.com | |
| ORRICK, HERRINGTON &   SUTCLIFFE LLP | RUTH E. VINSON (SBN 300118) |
| 1152 15th Street NW | Ruth.Vinson@wilmerhale.com |
| Washington, DC 20005 | WILMER CUTLER PICKERING   HALE AND DORR LLP |
| Telephone:   (202) 339-8400 | 7 World Trade Center |
| Facsimile:   (202) 339-8500 | 250 Greenwich Street |
| | New York, NY 10007 |
| RACHEL G. SHALEV (*Admitted Pro Hac Vice*) | Telephone:   (212) 937-7518 |
| rshalev@orrick.com | Facsimile:   (212) 230-8888 |
| ORRICK HERRINGTON &   SUTCLIFFE LLP | |
| 51 West 52nd Street | JOSHUA A. VITTOR (SBN 326221) |
| New York, NY 10019 | Joshua.Vittor@wilmerhale.com |
| Telephone:   (212) 506-5000 | WILMER CUTLER PICKERING   HALE AND DORR LLP |
| Facsimile:   (212) 506-5151 | 350 South Grand Avenue, Suite 2400 |
| | Los Angeles, CA 90071 |
| JAMES F. BENNETT (*Admitted Pro Hac Vice*) | Telephone:   (213) 443-5375 |
| jbennett@dowdbennett.com | Facsimile:   (213) 443-5400 |
| MEGAN S. HEINSZ (*Admitted Pro Hac Vice*) | ***Attorneys for Plaintiff* DaVita Inc.** |
| mheinsz@dowdbennett.com | /s/ Stuart S. Kurlander |
| | STUART S. KURLANDER (*pro hac vice*) |

| | | |
|---|---|---|
| 1 | DOWD BENNETT LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>Telephone:   (314) 889-7300<br>Facsimile:    (314) 863-2111<br><br>**Attorneys for Plaintiffs Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America**<br><br>/s/ R. Matthew Wise<br>R. MATTHEW WISE<br>Supervising Deputy Attorney General<br>ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>LISA J. PLANK<br>S. CLINTON WOODS<br>Deputy Attorneys General<br><br>**Attorneys for Defendants Rob Bonta, et al.** | Stuart.Kurlander@lw.com<br>ABID R. QURESHI (*pro hac vice*)<br>Abid.Qureshi@lw.com<br>MICHAEL E. BERN (*pro hac vice*)<br>Michael.Bern@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone:   (202) 637-2200<br>Facsimile:    (202) 637-2201<br><br>ANDREW GRAY (SBN 254594)<br>Andrew.Gray@lw.com<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone:   (714) 755-8017<br>Facsimile:    (714) 755-8290<br><br>**Attorneys for Plaintiff U.S. Renal Care, Inc.**<br><br>/s/ Joseph N. Akrotirianakis<br>JOSEPH N. AKROTIRIANAKIS (SBN 197971)<br>jakro@kslaw.com<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone:   (213) 443-4355<br>Facsimile:    (213) 443-4310<br><br>MATTHEW M. LELAND (*pro hac vice*)<br>mleland@kslaw.com<br>ASHLEY C. PARRISH (*pro hac vice*)<br>aparrish@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>2nd Floor<br>Washington, DC 20006<br>Telephone:   (202) 737-0500<br>Facsimile:    (202) 626-3737 | |

*Attorneys for Plaintiffs* **Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patient Citizens, Inc.**

## ATTESTATION

I, Kelly Dunbar, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: June 15, 2022

*/s /Kelly Dunbar*
Kelly Dunbar