1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>　　　　　*Plaintiffs*.<br><br>　　v.<br><br>ROB BONTA, in his official capacity as Attorney General; *et al.*,<br><br>　　　　　*Defendants*. | No. 8:19-cv-02105 DOC (ADSx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING, PRETRIAL DEADLINES AND TRIAL DATE [188]** |

The Court, having reviewed the parties' Stipulation to Continue Summary Judgment Hearing, Pretrial Deadlines, and Trial Date (the "Stipulation"), and with good cause appearing, hereby ORDERS that the Stipulation is **GRANTED**.

The summary judgment hearing, currently set for July 25, 2022, is **CONTINUED** to September 29, 2022 at 8:30 AM.

The current trial date and all pretrial deadlines are **VACATED** pending resolution of the parties' cross motions for summary judgment (ECF Nos. 128, 132; *see also Fresenius* docket, Case No. 19-cv-2130, ECF Nos. 152, 153). The parties shall meet and confer and, within fourteen (14) days of the Court's order resolving those motions, shall submit to the Court a joint report containing the parties' collective and/or respective positions on a pretrial schedule for any remaining claims, and any other remaining deadlines consistent with the Court's rulings on the motions for summary judgment.

**IT IS SO ORDERED.**

Dated: \_\_\_June 16\_\_\_, 2022

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge

- 1 -