JOSEPH N. AKROTIRIANAKIS (SBN 197971)
 *jakro@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

ASHLEY C. PARRISH (*pro hac vice*)
 *aparrish@kslaw.com*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
2nd Floor
Washington, DC 20006
Telephone:  (202) 737-0500
Facsimile:   (202) 626-3737

Attorneys for Plaintiffs
JANE DOE, STEPHEN ALBRIGHT,
AMERICAN KIDNEY FUND, INC.,
AND DIALYSIS PATIENT CITIZENS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California, *et al.*,<br><br>           Defendants. | **Case No. 8:19-cv-2105-DOC(ADSx)**<br><br>**PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR ORDER ALLOWING REMOTE ATTENDANCE OF PLAINTIFF JANE DOE AT OCTOBER 27, 2022 HEARING**<br><br>Date:    October 27, 2022<br>Time:    8:30 AM<br>Place:   Courtroom 10A |

Plaintiffs Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patients Citizens, Inc. ("Plaintiffs"), by and through their undersigned counsel, apply *ex parte* for an Order allowing for the remote attendance of Plaintiff Jane Doe at the October 27, 2022, hearing in this matter.

Plaintiffs further respectfully request that the Court provide a telephone dial-in number or an audio-visual internet broadcast (e.g., Zoom or Teams) of the October 27, 2022, hearing to allow Plaintiff Doe to attend the hearing remotely.

This Application and the order sought hereby is necessary for the following reasons:

1. As the Court is aware, Ms. Doe has a number of medical issues, including the end-stage renal disease ("ESRD") that is at the center of this case.

2. Due to her overall medical condition, Plaintiff Doe is confined to a wheelchair. Obtaining wheelchair transit to and from the hearing would impose a substantial financial burden on Ms. Doe, who is no longer able to work, once again, due to her medical condition.

3. Coming to court in-person would potentially, and unnecessarily, expose Ms. Doe to contagious diseases that pose a substantially greater risk to Ms. Doe than they do to the public generally.

Accordingly, although she greatly wishes to do so, Plaintiff Doe cannot attend the October 27, 2022, hearing in this matter other than by telephone or via an online audio-visual internet broadcast, e.g., Zoom, Teams, etc. On behalf of Ms. Doe, undersigned counsel thanks the Court for its consideration of this request.

On October 20, 2022, Plaintiffs' counsel notified counsel for Defendants Rob Bonta, Ricardo Lara, Shelly Rouillard, and Tomas J. Aragon ("Defendants") of this Application by conferring by telephone and by email pursuant to Local Rule 7-19.1. The name, address, telephone number and email address of Defendants' counsel is as follows:

      Lisa Jane Plank

      Office of the Attorney General

      California Department of Justice

      455 Golden Gate Avenue, Suite 11000

      San Francisco, CA 94102

      415-510-4445

      Lisa.Plank@doj.ca.gov

Defendants do not oppose the application. No other party opposes this Application.

This application is made on based on the accompanying Declaration of Joseph N. Akrotirianakis, all pleadings and papers filed in this action; and any argument of counsel or further evidence as the Court may consider and direct the parties to submit.

Dated:  October 21, 2022        **KING & SPALDING LLP**

By: *Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS

Attorneys for Plaintiffs
JANE DOE, STEPHEN ALBRIGHT, AMERICAN KIDNEY FUND, INC., AND DIALYSIS PATIENT CITIZENS, INC.