UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 19-02105-DOC (ADSx)          Date: October 27, 2022

Title:   Jane Doe, et al. v. Rob Bonta (the current Attorney General, and Defendant Tomas J. Aragon, the current Director of the California Department of Public Health)

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker and Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
Glenn Dassoff, Kristopher Wood,
Rachel Shalev, Ari Holtzblatt,
Arin Smith, David Ogden,
Kelly Dunbar, Andrew Gray,
Abid Qureshi, Michael Bern,
Stuart Kurlander, Joshua Vittor,
Eric Shumsky , and Ruth Vinson

**ATTORNEYS PRESENT FOR DEFENDANT:**
Mark Beckington, Sean Woods,
Glenn Dassoff, Lisa Plank,
and R. Matthew Wise

PROCEEDINGS:   **MOTION for Summary Judgment as to the Complaint of Plaintiffs Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patient Citizens, Inc., under Federal Rule of Civil Procedure 56 [128]**

**Pltf.'s MOTION for Summary Judgment [132]**

**Motion and Daubert Motion to Exclude the Testimony of Expert Witness, Laurence J. Freedman, ESQ. [142]**

**Plaintiff's Motion to Exclude Certain Expert Opinions and Testimony of Randolf Wayne Pate [144]**

**Plaintiff's Motion to Exclude Expert Opinions and Testimony of Dr. Amy Waterman [146]**

The parties are ORDERED to file 5-page supplemental briefings no later than November 12, 2022. Motion hearing is continued to December 16, 2022 at 9:00 AM.

:    15
Initials of Deputy Clerk: kdu