ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
LISA J. PLANK
S. CLINTON WOODS
R. MATTHEW WISE
Deputy Attorneys General
State Bar No. 238485
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6046
  Fax:  (916) 324-8835
  E-mail:  Matthew.Wise@doj.ca.gov
*Attorneys for Defendants Rob Bonta, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **JANE DOE; STEPHEN ALBRIGHT; AMERICAN KIDNEY FUND, INC.; and DIALYSIS PATIENT CITIZENS, INC.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his Official Capacity as Attorney General of California; RICARDO LARA in his Official Capacity as California Insurance Commissioner; SHELLY ROUILLARD in her official Capacity as Director of the California Department of Managed Health Care; and TOMAS ARAGON, in his Official Capacity as Director of the California Department of Public Health,**<br><br>Defendants. | 8:19-cv-02105-DOC (ADSx)<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS**<br><br>Courtroom:   9D<br>Judge:         The Honorable David O. Carter<br><br>Action Filed: November 1, 2019 |

1
2  **FRESENIUS MEDICAL CARE**
   **ORANGE COUNTY, LLC; DAVITA**
3  **INC., FRESENIUS MEDICAL**
   **CARE HOLDINGS, INC., d/b/a**
   **Fresenius Medical Care North**
4  **America; U.S. RENAL CARE, INC.,**

5                               Plaintiffs,

6           v.

7  **ROB BONTA, in his Official**
   **Capacity as Attorney General of**
8  **California; RICARDO LARA in his**
   **Official Capacity as California**
9  **Insurance Commissioner; SHELLY**
   **ROUILLARD in her official Capacity**
10 **as Director of the California**
   **Department of Managed Health**
11 **Care; and TOMAS ARAGON, in her**
   **official capacity as Director of the**
12 **California Department of Public**
   **Health,**

13                              Defendants.

14

15

16          On October 27, 2022, at a hearing on the motions for summary judgment

17  brought by Defendants Rob Bonta, in his official capacity as Attorney General of

18  California; Ricardo Lara in his official capacity as California Insurance

19  Commissioner; Shelly Rouillard in her official capacity as Director of the

20  California Department of Managed Health Care; and Tomás J. Aragón, in his

21  official capacity as Acting Director of the California Department of Public Health

22  (Defendants), and Plaintiffs Jane Doe; Stephen Albright; American Kidney Fund,

23  Inc.; Dialysis Patient Citizens, Inc.; Fresenius Medical Care Orange County, LLC;

24  DaVita Inc.; Fresenius Medical Care Holdings, Inc., doing business as Fresenius

25  Medical Care North America; and U.S. Renal Care, Inc. (Plaintiffs), this Court

26  ordered the parties to file 5-page supplemental briefs no later than November 10,

27  2022, addressing the Supreme Court's recent opinion in *Marietta Memorial*

28  *Hospital Employee Health Benefit Plan v. DaVita Inc.*, 142 S. Ct. 1968 (2022).  The

1    parties now stipulate to extend the November 10, 2022 filing deadline to November

2    17, 2022.  Good cause for this extension exists because counsel for Defendants, S.

3    Clinton Woods, is currently ill and is the attorney primarily responsible for

4    addressing the *Marietta* opinion in the context of the parties' arguments on

5    preemption.

6        SO STIPULATED.

7

8    Dated:  November 10, 2022                ROB BONTA
                                          Attorney General of California

9

10                                     */s/ R. Matthew Wise*
                                        R. MATTHEW WISE

11                                      Supervising Deputy Attorney General
                                        *Attorneys for Defendants Attorney*

12                                      *General Rob Bonta, et al.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  November 10, 2022                    KING & SPALDING LLP


*/s/ Joseph N. Akrotirianakis*_____
JOSEPH N. AKROTIRIANAKIS
BOBBY R. BURCHFIELD
*Attorneys for Plaintiffs Jane Doe,*
*Stephen Albright, American Kidney*
*Fund, Inc., and Dialysis Patient*
*Citizens, Inc.*


Dated:  November 10, 2022                    */s/ Glenn Dassoff*_____
GLENN DASSOFF (*pro hac vice*)
gdassoff@orrick.com
ORRICK HERRINGTON &
SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone: (202) 339-8497
Facsimile: (202) 339-8500
*Attorneys for Plaintiffs Fresenius*
*Medical Care Holdings, Inc., d/b/a*
*Fresenius Medical Care North America,*
*and Fresenius Medical Care Orange*
*County, LLC*

Dated:  November 10, 2022

/s/ David W. Ogden

DAVID W. OGDEN (*pro hac vice*)
David.Ogden@wilmerhale.com
KELLY P. DUNBAR (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6440
Facsimile: (202) 663-6363
*Attorneys for Plaintiff DaVita Inc.*

Dated:  November 10, 2022

/s/ Stuart S. Kurlander

STUART S. KURLANDER (*pro hac vice*)
Stuart.Kurlander@lw.com
MICHAEL E. BERN (*pro hac vice*)
Michael.Bern@lw.com
ABID R. QURESHI (*pro hac vice*)
Abid.Qureshi@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW
Washington, DC 20004
Telephone: (202) 637-1021
Facsimile: (202) 637-2201
*Attorneys for Plaintiff U.S. Renal Care, Inc.*

I, R. Matthew Wise, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated:  November 10, 2022

/s/ R. Matthew Wise

R. Matthew Wise

1

2

3     SA2019106023
      36708102.docx

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:  ***Jane Doe, et al v. Xavier Becerra, et al.***          Case No.   **8:19-cv-02105-DOC (ADSx)**

I hereby certify that on <u>November 10, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS**

- **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 10, 2022</u>, at San Francisco, California.

K. Figueroa-Lee
Declarant

Signature

SA2019106023
43473756.docx