DAVID W. OGDEN (*pro hac vice*)
David.Ogden@wilmerhale.com
KELLY P. DUNBAR (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:   (202) 663-6440
Facsimile:   (202) 663-6363
*Attorneys for Plaintiff* **DaVita Inc.**

KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK HERRINGTON &
    SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:   (949) 567-6700
Facsimile:   (949) 567-6710
*Attorneys for Plaintiffs* **Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America**

STUART S. KURLANDER (*pro hac vice*)
Stuart.Kurlander@lw.com
ABID R. QURESHI (*pro hac vice*)
Abid.Qureshi@lw.com
MICHAEL E. BERN (*pro hac vice*)
Michael.Bern@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:   (202) 637-2200
Facsimile:   (202) 637-2201
*Attorneys for Plaintiff* **U.S. Renal Care, Inc.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>　　　　　*Plaintiffs.*<br><br>　　v.<br><br>ROB BONTA, in his official capacity as Attorney General; *et al.*,<br><br>　　　　　*Defendants.* | No. 8:19-cv-02105 DOC (ADSx)<br><br>**REQUIRED JOINT STATUS REPORT IN RESPONSE TO ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge David O. Carter<br><br>Date:　　　　n/a<br>Time:　　　　n/a<br>Trial Date:　　n/a |

The undersigned, by and through their attorneys of record, hereby submit the following joint status report:

On February 25, 2022, the parties filed cross motions for summary judgment. *See* ECF Nos. 128, 132; *see also Fresenius* docket, Case No. 8:19-cv-2130, ECF Nos. 152, 153. On June 16, 2022, the Court granted the parties' stipulated request to vacate the trial date and all pretrial deadlines pending resolution of those motions. *See* ECF No. 189. The Court also ordered the parties to meet and confer and, within fourteen (14) days of the Court's order resolving those motions, submit a joint report containing the parties' positions on a pretrial schedule for any remaining claims, and any other remaining deadlines. *See id.*

On January 9, 2024, the Court ruled on the parties' cross motions for summary judgment (the "Summary Judgment Order"). *See* ECF No. 207. Pursuant to the Court's June 16, 2022 order, the parties have now met and conferred. Based on those discussions, the parties share the understanding that the Court has not issued a final judgment (through the Summary Judgment Order or otherwise) that would trigger the parties' deadlines to submit any notices of appeal or to file motions for attorney's fees. *See, e.g.*, Fed. R. Civ. P. 58(a).

In addition, Defendants intend to file a limited motion for reconsideration of the Summary Judgment Order on or before January 23, 2024. Plaintiffs anticipate filing an opposition to that motion on or before February 6, 2024. The parties respectfully request that the Court enter an order requiring that, within twenty-one (21) days of the Court's order resolving Defendants' forthcoming motion for reconsideration, the parties submit a joint status report regarding their proposed resolution of any outstanding issues for consideration by the Court.

The parties have submitted an agreed-upon proposed order consistent with the Joint Status Report for the Court's consideration.

| | | |
|---|---|---|
| 1 | Dated:          January 18, 2024 | Respectfully submitted, |
| 2 | /s/ *Eric A. Shumsky* | /s/ *Kelly P. Dunbar* |
| 3 | KRISTOPHER R. WOOD (SBN 284727) | DAVID W. OGDEN (*pro hac vice*) |
| 4 | kristopher.wood@orrick.com | David.Ogden@wilmerhale.com<br>KELLY P. DUNBAR (*pro hac vice*) |
| 5 | ORRICK HERRINGTON & SUTCLIFFE LLP | Kelly.Dunbar@wilmerhale.com<br>ARI HOLTZBLATT (*pro hac vice*) |
| 6 | 2050 Main Street, Suite 1100 | Ari.Holtzblatt@wilmerhale.com |
| 7 | Irvine, CA 92614 | WILMER CUTLER PICKERING |
| 8 | Telephone:  (949) 567-6700<br>Facsimile:   (949) 567-6710 | HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW |
| 9 | | Washington, DC 20037 |
| 10 | ERIC A. SHUMSKY (SBN 206164)<br>eshumsky@orrick.com | Telephone:    (202) 663-6440<br>Facsimile:     (202) 663-6363 |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 12 | 1152 15th Street NW | JOSHUA A. VITTOR (SBN 326221)<br>Joshua.Vittor@wilmerhale.com |
| 13 | Washington, DC 20005 | WILMER CUTLER PICKERING |
| 14 | Telephone:  (202) 339-8400<br>Facsimile:   (202) 339-8500 | HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400 |
| 15 | | Los Angeles, CA 90071 |
| 16 | RACHEL G. SHALEV (*Admitted Pro Hac Vice*) | Telephone:    (213) 443-5375<br>Facsimile:     (213) 443-5400 |
| 17 | rshalev@orrick.com | |
| 18 | ORRICK HERRINGTON & SUTCLIFFE LLP | ***Attorneys for Plaintiff* DaVita Inc.** |
| 19 | 51 West 52nd Street | /s/ *Michael E. Bern* |
| 20 | New York, NY 10019<br>Telephone:  (212) 506-5000 | STUART S. KURLANDER (*pro hac vice*) |
| 21 | Facsimile:   (212) 506-5151 | Stuart.Kurlander@lw.com<br>ABID R. QURESHI (*pro hac vice*) |
| 22 | JAMES F. BENNETT (*Admitted Pro Hac Vice*) | Abid.Qureshi@lw.com<br>MICHAEL E. BERN (*pro hac vice*) |
| 23 | jbennett@dowdbennett.com | Michael.Bern@lw.com |
| 24 | MEGAN S. HEINSZ (*Admitted Pro Hac Vice*) | LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000 |
| 25 | mheinsz@dowdbennett.com | Washington, DC 20004 |
| 26 | DOWD BENNETT LLP<br>7733 Forsyth Blvd., Suite 1900 | Telephone:    (202) 637-2200<br>Facsimile:     (202) 637-2201 |
| 27 | St. Louis, MO 63105 | ANDREW GRAY (SBN 254594) |
| 28 | Telephone:  (314) 889-7300<br>Facsimile:   (314) 863-2111 | Andrew.Gray@lw.com<br>LATHAM & WATKINS LLP |

| | | |
|---|---|---|
| 1 | ***Attorneys for Plaintiffs* Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America** | 650 Town Center Drive, 20th Floor Costa Mesa, CA 92626 Telephone: (714) 755-8017 Facsimile: (714) 755-8290 |

***Attorneys for Plaintiff* U.S. Renal Care, Inc.**

/s/ *R. Matthew Wise*
R. MATTHEW WISE
Supervising Deputy Attorney General
ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
LISA J. PLANK
S. CLINTON WOODS
Deputy Attorneys General

***Attorneys for Defendants* Rob Bonta, et al.**

/s/ *Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS (SBN 197971)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

ASHLEY C. PARRISH (*pro hac vice*)
aparrish@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
2nd Floor
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

***Attorneys for Plaintiffs* Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patient Citizens, Inc.**

## **ATTESTATION**

I, Kelly Dunbar, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated:  January 18, 2024                                     */s/ Kelly Dunbar*
                                                                               Kelly Dunbar