ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
LISA J. PLANK
S. CLINTON WOODS
Deputy Attorneys General
State Bar No. 246054
 455 Golden Gate Ave
 Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3807
 Fax: (415) 703-5480
 E-mail: Clint.Woods@doj.ca.gov
*Attorneys for Defendants Rob Bonta, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **JANE DOE; STEPHEN ALBRIGHT; AMERICAN KIDNEY FUND, INC.; and DIALYSIS PATIENT CITIZENS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his Official Capacity as Attorney General of California; RICARDO LARA in his Official Capacity as California Insurance Commissioner; MARY WATANABE[1] in her official Capacity as Director of the California Department of Managed Health Care; and TOMAS ARAGON, in his Official Capacity as Director of the California Department of Public Health,**<br><br>Defendants. | 8:19-cv-02105-DOC (ADSx)<br><br>**NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF A PORTION OF THE COURT'S ORDER ON SUMMARY JUDGMENT**<br><br>Date: April 8, 2024<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: The Honorable David O. Carter<br><br>Action Filed: November 1, 2019 |

---

[1] Defendant Mary Watanbe, the current Director of the Department of Managed Health, is automatically substituted for Shelly Rouillard as defendant. Fed. R. Civ. P. 25(d).

1

TO THE HONORABLE COURT AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE on April 8, 2024, at 8:30 a.m., at the United States District Court, Central District of California, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, Courtroom 10A, Defendants Attorney General Rob Bonta, Ricardo Lara in his official capacity as California Insurance Commissioner; Mary Watanabe, in her official capacity as Director of the California Department of Managed Health Care; and Tomás Aragón, in his official capacity as Director of the California Department of Public Health, will and hereby do move for reconsideration of a portion of the Court's Order Granting Motions to Exclude, Denying Motion to Exclude, Granting in Part Defendants' Motion for Summary Judgment, and Granting in Part Plaintiffs' Motions for Summary Judgment. ECF No. 207 (Order).

The State Defendants' motion is made on the ground that the portion of the Court's Order addressing the constitutionality of sections 3(c) and 5(c) of AB 290 mistakenly suggested that the State Defendants did not respond to Plaintiffs' arguments regarding those sections. Because State Defendants clearly did respond to Plaintiffs' arguments, and because allowing this clear error to stand would work manifest injustice in rendering AB 290's reimbursement cap effectively inoperable, the court should reconsider this portion of its Order. *See School Dist. No. IJ, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

This Motion is based on this Notice of Motion and Motion to Reconsider; the accompanying Memorandum of Points and Authorities; all pleadings and papers on file in this action; and such additional matters that may be presented to and accepted by Court at the time of the hearing. This motion is also made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 16, 2024.

Dated: January 23, 2024

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
LISA J. PLANK
Deputy Attorney General


*/s/ S. Clinton Woods*
S. CLINTON WOODS
Deputy Attorney General
*Attorneys for Defendants Attorney General Rob Bonta, et al.*

SA2019106023
44034905.docx

# CERTIFICATE OF SERVICE

Case Name: *Jane Doe, et al v. Rob Bonta, et al.*   Case No. **8:19-cv-02105-DOC (ADSx)**

I hereby certify that on January 23, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF A PORTION OF THE COURT'S ORDER ON SUMMARY JUDGMENT**

- **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RECONSIDERATION OF A PORTION OF THE COURT'S ORDER ON SUMMARY JUDGMENT**

- **[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF A PORTION OF THE COURT'S ORDER ON SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 23, 2024, at San Francisco, California.

K. Figueroa-Lee
Declarant

Signature

SA2019106023
44034694.docx