DAVID W. OGDEN (*pro hac vice*)
David.Ogden@wilmerhale.com
KELLY P. DUNBAR (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:   (202) 663-6440
Facsimile:   (202) 663-6363
*Attorneys for Plaintiff* **DaVita Inc.**

MICHAEL E. BERN (*pro hac vice*)
Michael.Bern@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:   (202) 637-2200
Facsimile:   (202) 637-2201
*Attorneys for Plaintiff* **U.S. Renal Care, Inc.**

KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK HERRINGTON &
   SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:   (949) 567-6700
Facsimile:   (949) 567-6710
*Attorneys for Plaintiffs* **Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>     *Plaintiffs.*<br><br>     v.<br><br>ROB BONTA, in his official capacity as Attorney General; *et al.*,<br><br>     *Defendants*. | No. 8:19-cv-02105 DOC (ADSx)<br><br>**JOINT STATUS REPORT**<br><br>Judge David O. Carter<br><br>Date:         n/a<br>Time:         n/a<br>Trial Date:  n/a |

1    Pursuant to the Court's February 8, 2024 Order (ECF No. 211) and April 4,
2  2024 Order (ECF No. 214), the parties, by and through their attorneys of record,
3  hereby submit this Joint Status Report.
4    On January 9, 2024, the Court issued an order with its rulings on the parties'
5  cross motions for summary judgment (the "Summary Judgment Order").  *See* ECF
6  No. 207.  On February 8, 2024, the Court—at the parties' stipulated request—
7  issued an order which (i) confirmed that the Summary Judgment Order was not
8  intended to operate as a final judgment, and (ii) instructed the parties to meet and
9  confer and to file, within 21 days of an order resolving any motion(s) for
10 reconsideration of the Summary Judgment Order, a joint status report regarding the
11 parties' proposed resolution of any outstanding issues for consideration by the
12 Court.  *See* ECF No. 211.  On April 4, 2024, the Court issued an order denying
13 Defendants' motion for reconsideration, which reiterated that directive to the
14 parties to file a joint status report within 21 days.  *See* ECF No. 214 at 4.
15   The parties have now met and conferred and agree that there do not remain
16 any outstanding issues for consideration by the Court.  The parties have also
17 exchanged drafts of a proposed Final Judgment, Permanent Injunction, and Stay
18 Pending Appeal and are in the process of negotiating comparatively minor issues
19 related to the proposed filing and obtaining internal approvals of the same.  The
20 parties anticipate that they will submit for the Court's consideration an agreed-
21 upon, proposed Final Judgment, Permanent Injunction, and Stay Pending Appeal
22 on or before May 2, 2024.  If the parties have not reached agreement by May 2, the
23 parties will submit a further Joint Status Report on or before that date.
24
25   Dated:      April 25, 2024              Respectfully submitted,
26
     /s/ *Eric A. Shumsky*                  /s/ *Kelly P. Dunbar*
27   KRISTOPHER R. WOOD (SBN               DAVID W. OGDEN (*pro hac vice*)
       284727)                             David.Ogden@wilmerhale.com
28   kristopher.wood@orrick.com            KELLY P. DUNBAR (*pro hac vice*)

| | | |
|---|---|---|
| 1 | ORRICK HERRINGTON & SUTCLIFFE LLP | Kelly.Dunbar@wilmerhale.com |
| 2 | 2050 Main Street, Suite 1100 | ARI HOLTZBLATT (*pro hac vice*) |
| 3 | Irvine, CA 92614 | Ari.Holtzblatt@wilmerhale.com |

```
 1    ORRICK HERRINGTON &                 Kelly.Dunbar@wilmerhale.com
         SUTCLIFFE LLP                    ARI HOLTZBLATT (pro hac vice)
 2    2050 Main Street, Suite 1100        Ari.Holtzblatt@wilmerhale.com
 3    Irvine, CA 92614                    WILMER CUTLER PICKERING
      Telephone:  (949) 567-6700             HALE AND DORR LLP
 4    Facsimile:  (949) 567-6710          2100 Pennsylvania Avenue NW
 5                                        Washington, DC 20037
      ERIC A. SHUMSKY (SBN 206164)        Telephone:  (202) 663-6440
 6    eshumsky@orrick.com                 Facsimile:  (202) 663-6363
 7    ORRICK, HERRINGTON &
         SUTCLIFFE LLP                    JOSHUA A. VITTOR (SBN 326221)
 8    1152 15th Street NW                 Joshua.Vittor@wilmerhale.com
 9    Washington, DC 20005                WILMER CUTLER PICKERING
      Telephone:  (202) 339-8400             HALE AND DORR LLP
10    Facsimile:  (202) 339-8500          350 South Grand Avenue, Suite 2400
11                                        Los Angeles, CA 90071
      JAMES F. BENNETT (Admitted Pro      Telephone:  (213) 443-5375
12       Hac Vice)                        Facsimile:  (213) 443-5400
13    jbennett@dowdbennett.com
      MEGAN S. HEINSZ (Admitted Pro       Attorneys for Plaintiff DaVita Inc.
14       Hac Vice)
15    mheinsz@dowdbennett.com             /s/ Michael E. Bern
      DOWD BENNETT LLP                    MICHAEL E. BERN (pro hac vice)
16    7733 Forsyth Blvd., Suite 1900      Michael.Bern@lw.com
      St. Louis, MO 63105                 ABID R. QURESHI (pro hac vice)
17    Telephone:  (314) 889-7300          Abid.Qureshi@lw.com
18    Facsimile:  (314) 863-2111          LATHAM & WATKINS LLP
                                          555 Eleventh Street, NW, Suite 1000
19    Attorneys for Plaintiffs Fresenius  Washington, DC 20004
      Medical Care Orange County,         Telephone:  (202) 637-2200
20    LLC and Fresenius Medical Care      Facsimile:  (202) 637-2201
      Holdings, Inc. d/b/a Fresenius
21    Medical Care North America
22                                        ANDREW GRAY (SBN 254594)
      /s/ R. Matthew Wise                 Andrew.Gray@lw.com
23    R. MATTHEW WISE                     LATHAM & WATKINS LLP
24    Supervising Deputy Attorney General 650 Town Center Drive, 20th Floor
      ROB BONTA                           Costa Mesa, CA 92626
25    Attorney General of California      Telephone:  (714) 755-8017
26    MARK R. BECKINGTON                  Facsimile:  (714) 755-8290
      Supervising Deputy Attorney General
27    LISA J. PLANK
28    S. CLINTON WOODS                    Attorneys for Plaintiff U.S. Renal Care,
                                          Inc.
```

Deputy Attorneys General

| | |
|---|---|
| **Attorneys for Defendants Rob Bonta, et al.** | /s/ *Joseph N. Akrotirianakis*<br>JOSEPH N. AKROTIRIANAKIS (SBN 197971)<br>jakro@kslaw.com<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone:  (213) 443-4355<br>Facsimile:  (213) 443-4310<br><br>ASHLEY C. PARRISH (*pro hac vice*)<br>aparrish@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>2nd Floor<br>Washington, DC 20006<br>Telephone:  (202) 737-0500<br>Facsimile:  (202) 626-3737<br><br>**Attorneys for Plaintiffs Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patient Citizens, Inc.** |

# ATTESTATION

I, Kelly Dunbar, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: April 25, 2024                                   /s/ *Kelly Dunbar*
                                                                            Kelly Dunbar