DAVID W. OGDEN (*pro hac vice*)
David.Ogden@wilmerhale.com
KELLY P. DUNBAR (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 663-6440
Facsimile:  (202) 663-6363
***Attorneys for Plaintiff* DaVita Inc.**

MICHAEL E. BERN (*pro hac vice*)
Michael.Bern@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
***Attorneys for Plaintiff* U.S. Renal Care, Inc.**

KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK HERRINGTON &
   SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:  (949) 567-6700
Facsimile:  (949) 567-6710
***Attorneys for Plaintiffs* Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>      *Plaintiffs.*<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General; *et al.*,<br><br>      *Defendants.* | No. 8:19-cv-02105 DOC (ADSx)<br><br>**JOINT STATUS REPORT**<br><br>Judge David O. Carter<br><br>Date:        n/a<br>Time:        n/a<br>Trial Date:  n/a |

Pursuant to the Court's February 8, 2024 Order (ECF No. 211) and April 4, 2024 Order (ECF No. 214), the parties, by and through their attorneys of record, hereby submit this Joint Status Report.

On January 9, 2024, the Court issued an order with its rulings on the parties' cross motions for summary judgment (the "Summary Judgment Order"). *See* ECF No. 207. On February 8, 2024, the Court—at the parties' stipulated request—issued an order which (i) confirmed that the Summary Judgment Order was not intended to operate as a final judgment, and (ii) instructed the parties to meet and confer and to file, within 21 days of an order resolving any motion(s) for reconsideration of the Summary Judgment Order, a joint status report regarding the parties' proposed resolution of any outstanding issues for consideration by the Court. *See* ECF No. 211. On April 4, 2024, the Court issued an order denying Defendants' motion for reconsideration, which reiterated that directive to the parties to file a joint status report within 21 days. *See* ECF No. 214 at 4.

On April 25, 2024, the parties submitted a joint status which indicated that the parties (i) agree that there do not remain any outstanding issues for consideration by the Court, (ii) were in the process of negotiating a proposed Final Judgment, Permanent Injunction, and Stay Pending Appeal, and (iii) would either submit the proposed Final Judgment, Permanent Injunction, and Stay Pending Appeal or a further Joint Status Report by May 2, 2024. *See* ECF No. 215.

The parties continue to make good progress on the proposed Final Judgment, Permanent Injunction, and Stay Pending Appeal, but are still in the process of negotiating and obtaining client approval regarding comparatively minor details relating to the terms of the proposed judgment. The parties will either submit the proposed Final Judgment, Permanent Injunction, and Stay Pending Appeal or a further Joint Status Report on or before May 9, 2024.

| | | |
|---|---|---|
| 1 | Dated:        May 2, 2024 | Respectfully submitted, |
| 2 | /s/ *Eric A. Shumsky* | /s/ *Kelly P. Dunbar* |
| 3 | KRISTOPHER R. WOOD (SBN 284727) | DAVID W. OGDEN (*pro hac vice*) |
| 4 | kristopher.wood@orrick.com | David.Ogden@wilmerhale.com |
| 5 | ORRICK HERRINGTON & SUTCLIFFE LLP | KELLY P. DUNBAR (*pro hac vice*) |
| 6 | 2050 Main Street, Suite 1100 | Kelly.Dunbar@wilmerhale.com |
| 7 | Irvine, CA 92614 | ARI HOLTZBLATT (*pro hac vice*) |
| 8 | Telephone:   (949) 567-6700 | Ari.Holtzblatt@wilmerhale.com |
| 9 | Facsimile:    (949) 567-6710 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 10 | ERIC A. SHUMSKY (SBN 206164) | 2100 Pennsylvania Avenue NW |
| 11 | eshumsky@orrick.com | Washington, DC 20037 |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP | Telephone:    (202) 663-6440 |
| 13 | 1152 15th Street NW | Facsimile:     (202) 663-6363 |
| 14 | Washington, DC 20005 | JOSHUA A. VITTOR (SBN 326221) |
| 15 | Telephone:   (202) 339-8400 | Joshua.Vittor@wilmerhale.com |
| 16 | Facsimile:    (202) 339-8500 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 17 | JAMES F. BENNETT (*Admitted Pro Hac Vice*) | 350 South Grand Avenue, Suite 2400 |
| 18 | jbennett@dowdbennett.com | Los Angeles, CA 90071 |
| 19 | MEGAN S. HEINSZ (*Admitted Pro Hac Vice*) | Telephone:    (213) 443-5375 |
| 20 | mheinsz@dowdbennett.com | Facsimile:     (213) 443-5400 |
| 21 | DOWD BENNETT LLP | **Attorneys for Plaintiff DaVita Inc.** |
| 22 | 7733 Forsyth Blvd., Suite 1900 | |
| 23 | St. Louis, MO 63105 | /s/ *Michael E. Bern* |
| 24 | Telephone:   (314) 889-7300 | MICHAEL E. BERN (*pro hac vice*) |
| 25 | Facsimile:    (314) 863-2111 | Michael.Bern@lw.com |
| 26 | **Attorneys for Plaintiffs Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America** | ABID R. QURESHI (*pro hac vice*) |
| 27 | | Abid.Qureshi@lw.com |
| 28 | | LATHAM & WATKINS LLP |
| | | 555 Eleventh Street, NW, Suite 1000 |
| | | Washington, DC 20004 |
| | | Telephone:    (202) 637-2200 |
| | | Facsimile:     (202) 637-2201 |
| | /s/ *S. Clinton Woods* | |
| | R. MATTHEW WISE | ANDREW GRAY (SBN 254594) |
| | Supervising Deputy Attorney General | Andrew.Gray@lw.com |
| | | LATHAM & WATKINS LLP |
| | | 650 Town Center Drive, 20th Floor |

| | | |
|---|---|---|
| 1 | ROB BONTA | Costa Mesa, CA 92626 |
| 2 | Attorney General of California | Telephone:    (714) 755-8017 |
|   | MARK R. BECKINGTON | Facsimile:     (714) 755-8290 |
| 3 | Supervising Deputy Attorney General | |
|   | LISA J. PLANK | *Attorneys for Plaintiff* **U.S. Renal Care,** |
| 4 | S. CLINTON WOODS | **Inc.** |
| 5 | Deputy Attorneys General | |

*Attorneys for Defendants* **Rob Bonta, et al.**

/s/ *Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS (SBN 197971)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:     (213) 443-4310

ASHLEY C. PARRISH (*pro hac vice*)
aparrish@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
2nd Floor
Washington, DC 20006
Telephone:    (202) 737-0500
Facsimile:     (202) 626-3737

*Attorneys for Plaintiffs* **Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patient Citizens, Inc.**

# **ATTESTATION**

I, Kelly Dunbar, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: May 2, 2024                                        */s/ Kelly Dunbar*
                                                                      Kelly Dunbar