DAVID W. OGDEN (*pro hac vice*)
David.Ogden@wilmerhale.com
KELLY P. DUNBAR (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:   (202) 663-6440
Facsimile:   (202) 663-6363
*Attorneys for Plaintiff* **DaVita Inc.**

KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK HERRINGTON &
   SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:   (949) 567-6700
Facsimile:   (949) 567-6710
*Attorneys for Plaintiffs* **Fresenius Medical
Care Orange County, LLC and Fresenius
Medical Care Holdings, Inc. d/b/a
Fresenius Medical Care North America**

MICHAEL E. BERN (*pro hac vice*)
Michael.Bern@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:   (202) 637-2200
Facsimile:   (202) 637-2201
*Attorneys for Plaintiff* **U.S. Renal
Care, Inc.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, *et al*.,<br><br>            *Plaintiffs.*<br><br>      v.<br><br>ROB BONTA, in his official capacity as Attorney General; *et al*.,<br><br>            *Defendants.* | No. 8:19-cv-02105 DOC (ADSx)<br><br>**JOINT STATUS REPORT**<br><br>Judge David O. Carter<br><br>Date:            n/a<br>Time:            n/a<br>Trial Date:      n/a |

1     Pursuant to the Court's February 8, 2024 Order (ECF No. 211) and April 4,
2   2024 Order (ECF No. 214), the parties, by and through their attorneys of record,
3   hereby submit this Joint Status Report.
4     On January 9, 2024, the Court issued an order with its rulings on the parties'
5   cross motions for summary judgment (the "Summary Judgment Order").  *See* ECF
6   No. 207.  On February 8, 2024, the Court—at the parties' stipulated request—
7   issued an order which (i) confirmed that the Summary Judgment Order was not
8   intended to operate as a final judgment, and (ii) instructed the parties to meet and
9   confer and to file, within 21 days of an order resolving any motion(s) for
10  reconsideration of the Summary Judgment Order, a joint status report regarding the
11  parties' proposed resolution of any outstanding issues for consideration by the
12  Court. *See* ECF No. 211.  On April 4, 2024, the Court issued an order denying
13  Defendants' motion for reconsideration, which reiterated that directive to the
14  parties to file a joint status report within 21 days.  *See* ECF No. 214 at 4.
15    On April 25, 2024, the parties submitted a joint status which indicated that
16  the parties (i) agree that there do not remain any outstanding issues for
17  consideration by the Court, (ii) were in the process of negotiating a proposed Final
18  Judgment, Permanent Injunction, and Stay Pending Appeal, and (iii) would either
19  submit the proposed Final Judgment, Permanent Injunction, and Stay Pending
20  Appeal or a further Joint Status Report by May 2, 2024.  *See* ECF No. 215.  The
21  parties filed a similar Joint Status Report on May 2, which updated the Court on
22  the parties' progress.  *See* ECF No. 216.
23    The parties have reached agreement on the proposed Final Judgment,
24  Permanent Injunction, and Stay Pending Appeal, which is attached to this report as
25  Exhibit A.  The parties respectfully request that the Court enter the proposed Final
26  Judgment, Permanent Injunction, and Stay Pending Appeal.
27
28

1  Dated:         May 9, 2024

2  /s/ *Eric A. Shumsky*

3  KRISTOPHER R. WOOD (SBN
     284727)

4  kristopher.wood@orrick.com

5  ORRICK HERRINGTON &
     SUTCLIFFE LLP

6  2050 Main Street, Suite 1100

7  Irvine, CA 92614

   Telephone:   (949) 567-6700

8  Facsimile:    (949) 567-6710

9
   ERIC A. SHUMSKY (SBN 206164)

10 eshumsky@orrick.com

11 ORRICK, HERRINGTON &
     SUTCLIFFE LLP

12 1152 15th Street NW

13 Washington, DC 20005

   Telephone:   (202) 339-8400

14 Facsimile:    (202) 339-8500

15
   JAMES F. BENNETT (*Admitted Pro*

16   *Hac Vice*)

17 jbennett@dowdbennett.com
   MEGAN S. HEINSZ (*Admitted Pro*

18   *Hac Vice*)

19 mheinsz@dowdbennett.com
   DOWD BENNETT LLP

20 7733 Forsyth Blvd., Suite 1900
   St. Louis, MO 63105

21 Telephone:   (314) 889-7300
   Facsimile:    (314) 863-2111

22
   ***Attorneys for Plaintiffs* Fresenius**

23 **Medical Care Orange County,**

24 **LLC and Fresenius Medical Care**

   **Holdings, Inc. d/b/a Fresenius**

25 **Medical Care North America**

26
   /s/ *R. Matthew Wise*

27 R. MATTHEW WISE

28 Supervising Deputy Attorney General

Respectfully submitted,

/s/ *Kelly P. Dunbar*

DAVID W. OGDEN (*pro hac vice*)
David.Ogden@wilmerhale.com
KELLY P. DUNBAR (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:    (202) 663-6440
Facsimile:     (202) 663-6363

JOSHUA A. VITTOR (SBN 326221)
Joshua.Vittor@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone:    (213) 443-5375
Facsimile:     (213) 443-5400

***Attorneys for Plaintiff* DaVita Inc.**

/s/ *Michael E. Bern*

MICHAEL E. BERN (*pro hac vice*)
Michael.Bern@lw.com
ABID R. QURESHI (*pro hac vice*)
Abid.Qureshi@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:    (202) 637-2200
Facsimile:     (202) 637-2201

ANDREW GRAY (SBN 254594)
Andrew.Gray@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor

| | |
|---|---|
| 1 | ROB BONTA |
| 2 | Attorney General of California |
| 3 | MARK R. BECKINGTON |
| | Supervising Deputy Attorney General |
| 4 | LISA J. PLANK |
| 5 | S. CLINTON WOODS |
| | Deputy Attorneys General |

1  ROB BONTA

2  Attorney General of California
   MARK R. BECKINGTON

3  Supervising Deputy Attorney General
   LISA J. PLANK

4  S. CLINTON WOODS

5  Deputy Attorneys General

6  **Attorneys for Defendants Rob**
7  **Bonta, et al.**

Costa Mesa, CA 92626
Telephone:     (714) 755-8017
Facsimile:     (714) 755-8290

**Attorneys for Plaintiff** U.S. Renal Care, **Inc.**

/s/ *Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS (SBN 197971)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:     (213) 443-4355
Facsimile:     (213) 443-4310

ASHLEY C. PARRISH (*pro hac vice*)
aparrish@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
2nd Floor
Washington, DC 20006
Telephone:     (202) 737-0500
Facsimile:     (202) 626-3737

**Attorneys for Plaintiffs Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patient Citizens, Inc.**

1

**ATTESTATION**

2

3        I, Kelly Dunbar, hereby attest that all other signatories listed above concur in

4   this filing's content and have authorized me to make this filing.

5

6    Dated:  May 9, 2024                                    */s/ Kelly Dunbar*

7                                                                Kelly Dunbar

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28