KELLY P. DUNBAR (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:   (202) 663-6440
Facsimile:   (202) 663-6363
***Attorneys for Plaintiff* DaVita Inc.**

MICHAEL E. BERN (*pro hac vice*)
Michael.Bern@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:   (202) 637-2200
Facsimile:   (202) 637-2201
***Attorneys for Plaintiff* U.S. Renal Care, Inc.**

KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK HERRINGTON &
  SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:   (949) 567-6700
Facsimile:   (949) 567-6710
***Attorneys for Plaintiffs* Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| FRESENIUS MEDICAL CARE ORANGE COUNTY, LLC; et al., <br><br>   *Plaintiffs*. <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General; et al., <br><br>   *Defendants*. | No. 8:19-cv-02130 DOC (ADSx) <br><br> **NOTICE OF APPEAL** <br><br> Judge David O. Carter <br><br> Date:          n/a <br> Time:         n/a <br> Trial Date:  n/a |
| JANE DOE, *et al.*, <br><br>   *Plaintiffs*. <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General; *et al.*, <br><br>   *Defendants*. | No. 8:19-cv-02105 DOC (ADSx) <br><br> **NOTICE OF APPEAL** <br><br> Judge David O. Carter <br><br> Date:          n/a <br> Time:         n/a <br> Trial Date:  n/a |

| | |
|---|---|
| 1 | Plaintiffs Fresenius Medical Care Orange County, LLC; DaVita Inc.; |
| 2 | Fresenius Medical Care Holdings, Inc., doing business as Fresenius Medical Care |
| 3 | North America; and U.S. Renal Care, Inc., file this notice of appeal to the United |
| 4 | States Court of Appeals for the Ninth Circuit from the final judgment entered on |
| 5 | May 10, 2024 (ECF No. 219), and from any and all other judgments, orders, |
| 6 | opinions, decisions, rulings, and findings, whether oral or written, that are |
| 7 | subsidiary thereto, subsumed therein, or merged thereinto, including the Court's |
| 8 | January 9, 2024 order (ECF No. 207) granting in part and denying in part |
| 9 | Plaintiffs' motion for summary judgment, and granting in part and denying in part |
| 10 | Defendants' motion for summary judgment. |

| | |
|---|---|
| Dated: June 7, 2024 | Respectfully submitted, |
| /s/ *Kelly P. Dunbar* | /s/ *Michael E. Bern* |
| DAVID W. OGDEN (*pro hac vice*) | MICHAEL E. BERN (*pro hac vice*) |
| David.Ogden@wilmerhale.com | Michael.Bern@lw.com |
| KELLY P. DUNBAR (*pro hac vice*) | ABID R. QURESHI (*pro hac vice*) |
| Kelly.Dunbar@wilmerhale.com | Abid.Qureshi@lw.com |
| ARI HOLTZBLATT (*pro hac vice*) | LATHAM & WATKINS LLP |
| Ari.Holtzblatt@wilmerhale.com | 555 Eleventh Street, NW, Suite 1000 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Washington, DC 20004 |
| 2100 Pennsylvania Avenue NW | Telephone: (202) 637-2200 |
| Washington, DC 20037 | Facsimile: (202) 637-2201 |
| Telephone: (202) 663-6440 | |
| Facsimile: (202) 663-6363 | ANDREW GRAY (SBN 254594) |
| | Andrew.Gray@lw.com |
| | LATHAM & WATKINS LLP |
| JOSHUA A. VITTOR (SBN 326221) | 650 Town Center Drive, 20th Floor |
| Joshua.Vittor@wilmerhale.com | Costa Mesa, CA 92626 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Telephone: (714) 755-8017 |
| 350 South Grand Avenue, Suite 2400 | Facsimile: (714) 755-8290 |
| Los Angeles, CA 90071 | |
| Telephone: (213) 443-5375 | **Attorneys for Plaintiff U.S. Renal Care, Inc.** |
| Facsimile: (213) 443-5400 | |
| **Attorneys for Plaintiff DaVita Inc.** | |

/s/ *Eric A. Shumsky*
KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

ERIC A. SHUMSKY (SBN 206164)
eshumsky@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP

1152 15th Street NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

JAMES F. BENNETT (*Admitted Pro Hac Vice*)
jbennett@dowdbennett.com
MEGAN S. HEINSZ (*Admitted Pro Hac Vice*)
mheinsz@dowdbennett.com
DOWD BENNETT LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

***Attorneys for Plaintiffs* Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America**

|   |   |
|---|---|
| 1 | **ATTORNEY ATTESTATION** |
| 2 | Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other |
| 3 | signatories listed, and on whose behalf this filing is submitted, concur in the |
| 4 | filing's content and have authorized the filing. |

Dated:  June 7, 2024                         */s/ Kelly P. Dunbar*
                                                              Kelly P. Dunbar

# REPRESENTATION STATEMENT

The undersigned represent Plaintiffs Fresenius Medical Care Orange County, LLC; DaVita Inc.; Fresenius Medical Care Holdings, Inc., doing business as Fresenius Medical Care North America; and U.S. Renal Care, Inc.  Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement.  The following list identifies all parties to the action and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant DaVita Inc. | DAVID W. OGDEN (*pro hac vice*) <br> David.Ogden@wilmerhale.com <br> KELLY P. DUNBAR (*pro hac vice*) <br> Kelly.Dunbar@wilmerhale.com <br> ARI HOLTZBLATT (*pro hac vice*) <br> Ari.Holtzblatt@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 2100 Pennsylvania Avenue NW <br> Washington, DC 20037 <br> Telephone:    (202) 663-6440 <br> Facsimile:     (202) 663-6363 <br><br> JOSHUA A. VITTOR (SBN 326221) <br> Joshua.Vittor@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 350 South Grand Avenue, Suite 2400 <br> Los Angeles, CA 90071 <br> Telephone:    (213) 443-5375 <br> Facsimile:     (213) 443-5400 |
| Plaintiffs-Appellants Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America | KRISTOPHER R. WOOD (SBN 284727) <br> kristopher.wood@orrick.com <br> ORRICK HERRINGTON & <br>   SUTCLIFFE LLP <br> 2050 Main Street, Suite 1100 <br> Irvine, CA 92614 |

| | |
|---|---|
| | Telephone:  (949) 567-6700<br>Facsimile:  (949) 567-6710<br><br>ERIC A. SHUMSKY (SBN 206164)<br>eshumsky@orrick.com<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>1152 15th Street NW<br>Washington, DC 20005<br>Telephone:  (202) 339-8400<br>Facsimile:  (202) 339-8500<br><br>JAMES F. BENNETT (*Admitted Pro Hac Vice*)<br>jbennett@dowdbennett.com<br>MEGAN S. HEINSZ (*Admitted Pro Hac Vice*)<br>mheinsz@dowdbennett.com<br>DOWD BENNETT LLP<br>7676 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>Telephone:  (314) 889-7300<br>Facsimile:  (314) 863-2111 |
| Plaintiff-Appellant U.S. Renal Care, Inc. | MICHAEL E. BERN (*pro hac vice*)<br>Michael.Bern@lw.com<br>ABID R. QURESHI (*pro hac vice*)<br>Abid.Qureshi@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone:   (202) 637-2200<br>Facsimile:   (202) 637-2201<br><br>ANDREW GRAY (SBN 254594)<br>Andrew.Gray@lw.com<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone:   (714) 755-8017<br>Facsimile:   (714) 755-8290 |
| Plaintiffs Jane Doe, Stephen Albright, American Kidney Fund, | JOSEPH N. AKROTIRIANAKIS (SBN 197971)<br>jakro@kslaw.com<br>KING & SPALDING LLP |

| | |
|---|---|
| Inc., and Dialysis Patient Citizens, Inc. | 633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone:  (213) 443-4355<br>Facsimile:   (213) 443-4310<br><br>ASHLEY C. PARRISH (*pro hac vice*)<br>aparrish@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>2nd Floor<br>Washington, DC 20006<br>Telephone:  (202) 737-0500<br>Facsimile:   (202) 626-3737 |
| Defendants-Appellees Rob Bonta, Ricardo Lara, Mary Watanabe, Tomas Aragon | R. MATTHEW WISE<br>Supervising Deputy Attorney General<br>ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>LISA J. PLANK<br>S. CLINTON WOODS (SBN 246054)<br>Deputy Attorneys General<br>clint.woods@doj.ca.gov<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3807<br>Fax: (415) 703-5480 |

Dated:      June 7, 2024                              Respectfully submitted,

/s/ *Kelly P. Dunbar*                                  /s/ *Michael E. Bern*
DAVID W. OGDEN (*pro hac vice*)        MICHAEL E. BERN (*pro hac vice*)
David.Ogden@wilmerhale.com           Michael.Bern@lw.com
KELLY P. DUNBAR (*pro hac vice*)       ABID R. QURESHI (*pro hac vice*)
Kelly.Dunbar@wilmerhale.com          Abid.Qureshi@lw.com
ARI HOLTZBLATT (*pro hac vice*)        LATHAM & WATKINS LLP
Ari.Holtzblatt@wilmerhale.com        555 Eleventh Street, NW, Suite 1000
WILMER CUTLER PICKERING              Washington, DC 20004
 HALE AND DORR LLP                   Telephone:  (202) 637-2200
2100 Pennsylvania Avenue NW          Facsimile:   (202) 637-2201
Washington, DC 20037
Telephone:    (202) 663-6440         ANDREW GRAY (SBN 254594)

| | | |
|---|---|---|
| 1 | Facsimile:     (202) 663-6363 | Andrew.Gray@lw.com |
| 2 | JOSHUA A. VITTOR (SBN 326221) | LATHAM & WATKINS LLP |
| 3 | Joshua.Vittor@wilmerhale.com | 650 Town Center Drive, 20th Floor |
| 4 | WILMER CUTLER PICKERING | Costa Mesa, CA 92626 |
|   |   HALE AND DORR LLP | Telephone:    (714) 755-8017 |
| 5 | 350 South Grand Avenue, Suite 2400 | Facsimile:     (714) 755-8290 |
|   | Los Angeles, CA 90071 | |
| 6 | Telephone:    (213) 443-5375 | ***Attorneys for Plaintiff*** U.S. Renal Care, Inc. |
| 7 | Facsimile:     (213) 443-5400 | |

***Attorneys for Plaintiff*** DaVita Inc.

/s/ *Eric A. Shumsky*
KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:   (949) 567-6700
Facsimile:    (949) 567-6710

ERIC A. SHUMSKY (SBN 206164)
eshumsky@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:   (202) 339-8400
Facsimile:    (202) 339-8500

JAMES F. BENNETT (*Admitted Pro Hac Vice*)
jbennett@dowdbennett.com
MEGAN S. HEINSZ (*Admitted Pro Hac Vice*)
mheinsz@dowdbennett.com
DOWD BENNETT LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone:   (314) 889-7300

| | |
|---|---|
| 1 | Facsimile:  (314) 863-2111 |
| 2 | ***Attorneys for Plaintiffs*** **Fresenius Medical Care Orange County,** |
| 3 | **LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius** |
| 4 | **Medical Care North America** |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ATTESTATION OF ATTORNEY**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 7, 2024                    /s/ *Kelly P. Dunbar*
                                                 Kelly P. Dunbar