JOSEPH N. AKROTIRIANAKIS (SBN 197971)
  jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

ASHLEY C. PARRISH (*pro hac vice*)
  aparrish@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737

Attorneys for Plaintiffs
JANE DOE, STEPHEN ALBRIGHT,
AMERICAN KIDNEY FUND, INC.,
and DIALYSIS PATIENT CITIZENS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, *et al.* <br><br> Plaintiffs, <br> v. <br> ROB BONTA, in his Official Capacity as Attorney General of California, *et al.*, <br><br> Defendants. | **Case No. 8:19-cv-02105 DOC (ADSx)** <br> **NOTICE OF APPEAL** <br> Date:   N/A <br> Time:   N/A <br> Place:  N/A |

1  Plaintiffs Jane Doe, Stephen Albright, American Kidney Fund, Inc., and
2  Dialysis Patient Citizens, Inc. (collectively, Plaintiffs) file this notice of appeal to
3  the United States Court of Appeals for the Ninth Circuit from the final judgment
4  entered on May 10, 2024 (ECF No. 219), and from other judgments, orders,
5  opinions, decisions, rulings, and findings, whether oral or written, that are subsidiary
6  thereto, subsumed therein, or merged thereinto, including the Court's January 9,
7  2024 order (ECF No. 207) granting in part and denying in part Plaintiffs' motion for
8  summary judgment, and granting in part and denying in part Defendants' motion for
9  summary judgment.

Dated: June 7, 2024

**KING & SPALDING LLP**

By: */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS

Attorneys for Plaintiffs
JANE DOE, STEPHEN ALBRIGHT,
AMERICAN KIDNEY FUND, INC.,
and DIALYSIS PATIENT CITIZENS,
INC.

# REPRESENTATION STATEMENT

The undersigned represents Plaintiffs Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patient Citizens, Inc.  Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement.  The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
| --- | --- |
| Plaintiff-Appellant DaVita Inc. | DAVID W. OGDEN (*pro hac vice*) <br> David.Ogden@wilmerhale.com <br> KELLY P. DUNBAR (*pro hac vice*) <br> Kelly.Dunbar@wilmerhale.com <br> ARI HOLTZBLATT (*pro hac vice*) <br> Ari.Holtzblatt@wilmerhale.com <br> WILMER CUTLER PICKERING  HALE AND DORR LLP <br> 2100 Pennsylvania Avenue NW <br> Washington, DC 20037 <br> Telephone: (202) 663-6440 <br> Facsimile: (202) 663-6363 <br><br> JOSHUA A. VITTOR (SBN 326221) <br> Joshua.Vittor@wilmerhale.com <br> WILMER CUTLER PICKERING  HALE AND DORR LLP <br> 350 South Grand Avenue, Suite 2400 <br> Los Angeles, CA 90071 <br> Telephone: (213) 443-5375 <br> Facsimile: (213) 443-5400 |
| Plaintiffs-Appellants Fresenius Medical Care Orange County, LLC and Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America | KRISTOPHER R. WOOD (SBN 284727) <br> kristopher.wood@orrick.com <br> ORRICK HERRINGTON &  SUTCLIFFE LLP <br> 2050 Main Street, Suite 1100 |

1

| | |
|---|---|
| | Irvine, CA 92614<br>Telephone: (949) 567-6700<br>Facsimile: (949) 567-6710<br><br>ERIC A. SHUMSKY (SBN 206164)<br>eshumsky@orrick.com<br>ORRICK, HERRINGTON &<br>    SUTCLIFFE LLP<br>1152 15th Street NW<br>Washington, DC 20005<br>Telephone: (202) 339-8400<br>Facsimile: (202) 339-8500 |
| Plaintiff-Appellant U.S. Renal Care, Inc. | MICHAEL E. BERN (*pro hac vice*)<br>Michael.Bern@lw.com<br>ABID R. QURESHI (*pro hac vice*)<br>Abid.Qureshi@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br><br>ANDREW GRAY (SBN 254594)<br>Andrew.Gray@lw.com<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 755-8017<br>Facsimile: (714) 755-8290 |
| Plaintiffs Jane Doe, Stephen Albright, American Kidney Fund, Inc., and Dialysis Patient Citizens, Inc. | JOSEPH N. AKROTIRIANAKIS (SBN 197971)<br>jakro@kslaw.com<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310<br><br>ASHLEY C. PARRISH (*pro hac vice*) |

| | |
|---|---|
| | aparrish@kslaw.com<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 737-0500<br>Facsimile: (202) 626-3737 |
| Defendants-Appellees Rob Bonta, Ricardo Lara, Mary Watanabe, Tomas Aragon | R. MATTHEW WISE<br>Supervising Deputy Attorney General<br>ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>LISA J. PLANK<br>S. CLINTON WOODS (SBN 246054)<br>Deputy Attorneys General<br>clint.woods@doj.ca.gov<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3807<br>Fax: (415) 703-5480 |

Dated: June 7, 2024    **KING & SPALDING LLP**

By: */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS

Attorneys for Plaintiffs
JANE DOE, STEPHEN ALBRIGHT, AMERICAN KIDNEY FUND, INC., and DIALYSIS PATIENT CITIZENS, INC.